UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Grey v. Monsanto Co.*,<br>Case No. 3:24-cv-01611-VC | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**<br>Re: Dkt. No. 21247 |

The Motion for Summary Judgment in the above-captioned case is granted. Grey's claims, filed in February 2024, are untimely under Iowa law. *See* Iowa Code Ann. § 614.1(2). Any reasonable inquiry by Grey into his condition following his chronic lymphocytic leukemia diagnosis in September 2018 would have led him to discover that CLL is an NHL subtype, meaning that the accrual period for the two-year statute of limitations properly began at that point. *See Kelly v. Ethicon, Inc.*, 511 F. Supp. 3d 939, 949 (N.D. Iowa 2021) ("It is sufficient [to trigger accrual of the statute of limitations] that the person be aware that a problem existed even if they did not know that the facts at issue could constitute a cause of action."), *aff'd*, 2021 WL 4998930 (8th Cir. 2021) (citation omitted).

**IT IS SO ORDERED.**

Dated: January 15, 2026

_____
VINCE CHHABRIA
United States District Judge